Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHELDON RICHARDSON, | ) | Case No.  08 CV 02208-MCE-GGH |
| | ) | |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| vs. | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant NCO FINANCIAL SYSTEMS, INC. anticipate filing a stipulation for dismissal of this action in its entirety with prejudice within 15 days.

Dated: 11/10/08          KROHN & MOSS, LTD.

/s/Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff,
Sheldon Richardson

1  Dated: 11/10/08               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

2                                /s/ Debbie P. Kirkpatrick
3                                Debbie P. Kirkpatrick
                                 Attorney for Defendant
4                                NCO Financial Systems, Inc.