Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:  619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RICHARDSON, | Case No.  08 CV 02208-MCE-GGH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | Fed. R. Civ. P. 41(a)(1) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SHELDON RICHARDSON, and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SHELDON RICHARDSON, against Defendant, NCO FINANCIAL

SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: 12/03/08                            KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
Sheldon Richardson

Dated: 12/03/08                            SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

_____
The Honorable Morrison C. England, Jr.
United States District Judge