Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RICHARDSON, | Case No.  2:08-CV-02208-MCE-GGH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | Fed. R. Civ. P. 41(a)(1) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SHELDON RICHARDSON, and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1.     The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SHELDON RICHARDSON, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

1

Dated: 12/03/08                    KROHN & MOSS, LTD.

                                   /s/ Nicholas J. Bontrager
                                   Nicholas J. Bontrager, Esq.
                                   Attorney for Plaintiff,
                                   Sheldon Richardson

Dated: 12/03/08                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

                                   /s/ Debbie P. Kirkpatrick
                                   Debbie P. Kirkpatrick, Esq.
                                   Attorney for Defendant,
                                   NCO Financial Systems, Inc.

## **ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: December 9, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com